**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-02415-WDM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| IN RE: SUBPOENA SERVED ON<br>TERRY WOHLERS | Brian R. Harris<br>Glenn J. Melcher<br>Daniel H. Schlueter |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:**    2:30 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the United States of America's Motion to Compel Subpoenas Issued from this Court in a Case Pending in the Southern District of Ohio [filed December 1, 2006; doc. 1].

**ORDERED:** Terry Wohler's Motion to Amend or Correct Caption [filed December 22, 2006; doc. 8] is granted for the reasons stated on the record.

**ORDERED:** The United States of America's Motion to Compel Subpoenas Issued from this Court in a Case Pending in the Southern District of Ohio [filed December 1, 2006; doc. 1] is denied for the reasons stated on the record with regard to the subpoena issued on July 3, 2006. The motion is granted in part and denied in part with regard to the subpoena issued on September 29, 2006. Mr. Wohlers shall supplement his responses consistent with the discussion on the record within two weeks. Further, Mr. Wohlers shall divulge the name of the government agency referenced in numbers 5, 8, and 9 and provide the contract with the agency, or Mr. Wohlers shall send a letter to the agency stating he intends to divulge the contract within ten days.

HEARING CONCLUDED.

**Court in Recess**:    5:20 p.m.
Total In-Court Time:    02:50